

Messages - Message Viewer: Plea Agreement

Activity Log | **Info**

| Reference #: | 276,330,571 |
| Subject: | Plea Agreement |
| From: | SHEM ALEXANDER (2500030103) |
| To: | Miriam Alexander |
| Sent: | 01/03/2026 1:19 PM |
| Delivered: | 01/03/2026 1:19 PM |
| Status: | Recipient Read |

**Message**

Read section 'A (8) ' of my plea agreement... Prosecutor is trying to say that I'm obligated to Proffer based on that section.... *sips a cup of tea*

Translate to English  There are other messages associated with this conversation.

View Next Message ⟹