

# TRINIDAD & TOBAGO POLICE SERVICE
## Office of the Commissioner of Police

Police Administration Building, 6th Floor, Corner Edward & Sackville Streets
P.O. Box 387, Port of Spain, Trinidad, Republic of Trinidad & Tobago
**Telephone:** 1 (868) 623-8429   **Facsimile:** 1 (868) 623-2585
**Email:** cop@ttps.gov.tt

4th July, 2023

**I, Erla Harewood-Christopher, Commissioner of Police,** submit this statement on behalf of the Republic of Trinidad and Tobago, a small Caribbean island with a population of approximately 1.5 million persons.  Gun violence in Trinidad and Tobago remains an escalating domestic epidemic which has plagued the country for decades and has become progressively worse with the illegal importation of firearms from the United States.

Guns have become the new drugs, causing the issue of gun violence to morph into a public health crisis. A review of the past five years revealed that guns were the weapon of choice in approximately 84% of the murders for the said period. Additionally, over the same period, approximately 1100 individuals were charged annually for the illegal possession of firearms and ammunition, straining an already over-burdened criminal justice system.

It must be stated that Trinidad and Tobago is not a manufacturer of firearms. In the year 2022, over 700 illegal firearms were seized, all of which were imported into the country.

The trafficking of firearms has led to a significant erosion of public safety and security. Gang violence continues to be a major challenge for law enforcement as same is fuelled by illegal firearms. Illegally imported high powered assault rifles have also significant affected the quality of life enjoyed by citizens and resulted in the loss of innocent children.

The impact on the psychological well-being of the population cannot be overstated. The pervasive presence of firearms has caused deep trauma, leaving indelible scars on survivors, witnesses and those who have lost loved ones to senseless acts of violence. Additionally, the financial burden of treating gunshot victims and rehabilitating survivors places an enormous strain on the already overwhelmed



Office of the Commissioner of Police                    2

healthcare system of Trinidad and Tobago. Moreover, the cost of increased security measures and law enforcement efforts to combat gun-related crime diverts resources that can otherwise be allocated to education, healthcare and other critical sectors.

The effects of such criminal activity extend beyond Trinidad and Tobago and the Caribbean region and in fact causes reputational damage to the United States. This was most recently articulated at the Heads of Government of the Caribbean Community (CARICOM) meeting in Trinidad and Tobago in April 2023. The Government of Trinidad and Tobago (GORTT) and all CARICOM Governments have expressed "*[Deep] concern at the high rate of illegal exportation of guns from the United States of America to the Caribbean Region*" and have pledged support to Mexico on its legal action against US gun manufacturers and retailers.

The trafficking of firearms has left an indelible mark on Trinidad and Tobago. It has shattered lives, undermined social cohesion, and hindered our nation's progress. I therefore implore you to consider the gravity of this issue when determining appropriate penalties for those involved in firearms trafficking into Trinidad and Tobago.

Christopher CoP

Commissioner of Police